UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

Henry Jackson

Docket No. 04 CR 1080 (ngg)

## CONSENT TO HAVE A PLEA TAKEN BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____          Henry Jackson
U. S. Attorney                     Defendant
by AUSA
                                   _____
                                   Defendant's Attorney

Dated: Brooklyn, New York
Sept 29, 2005

BEFORE:

_____
UNITED STATES MAGISTRATE JUDGE
CHERYL POLLAK
9/29/05